IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

LESLI ARROYO-ALVARADO

CRIMINAL CASE

No. 2:19-CR-00024-SCJ-JCF

## ORDER

This matter appears before the Court for consideration of the Magistrate Judge's Non-Final Report and Recommendation (Doc. No. [62][1]), to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court. Accordingly, Defendant's Motion to Sever (Doc. No. [57] is **DENIED.**

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

**IT IS SO ORDERED** this __15th__ day of December, 2021.

_____

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**